# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD DOHERTY <br> *Plaintiff* <br><br> v. <br><br> THOMAS GUERINO, ET AL. <br> *Defendant* | Civil Action No.: <br> 1:11-CV-10953-GAO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Town of Bourne
  c/o Thomas M. Guerino, Town Administrator
  24 Perry Avenue, Room 101
  Buzzards Bay, MA 02532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:
  Harold L. Lichten, Esquire
  Lichten & Liss-Riordan, P.C.
  100 Cambridge Street, 20th Floor
  Boston, MA 02114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SARAH ALLISON THORNTON
*CLERK OF COURT*

/s/ — Jay Johnson
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2011-06-02 10:09:35.0, Clerk USDC DMA

Civil Action No.: 1:11-CV-10953-GAO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

**Barnstable County Sheriff's Office**

I hereby certify and return that on **September 16, 2011 at 1:30 PM** I served a true and attested copy of the within Summons, Complaint with Jury Demand, Civil Action Cover Sheet & Category Sheet, in hand to Nancy Sundman, agent able to accept civil process for the within named Defendant, **Town of Bourne (c/o Thomas M. Guerino, Town Administrator)**, at the following address of: **24 Perry Avenue, Buzzards Bay, MA 02532.**

Fee:        $55.40

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannis Port, MA 02672
(508) 362-9578