UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD DOHERTY, ) | |
| ) | |
| Plaintiff ) | C.A. No. 1:11-cv-10953-GAO |
| ) | |
| v. ) | |
| ) | |
| THOMAS M. GUERINO, in both ) | |
| his individual and official capacity, and ) | |
| the TOWN OF BOURNE, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF APPEARANCE OF SARA SMOLIK, ESQ.

Please enter the appearance of Sara Smolik, Esq. as attorney for Plaintiff Richard Doherty, on behalf of himself and all others similarly situated, in the above captioned matter.

Respectfully submitted,

RICHARD DOHERTY, Plaintiff
By his attorneys

/s/ Sara Smolik
Harold L. Lichten BBO#549689
Sara Smolik BBO# 661341
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994.5800

Dated:  December 9, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on December 9, 2011.

                                      /s/ *Sara Smolik*_____  
                                      Sara Smolik